NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL

FIRST CIRCUIT

2018 CA 1788

CROSSTEX ENERGY SERVICES, LP, CROSSTEX LIG, LLC
AND CROSSTEX PROCESSING SERVICES, LLC

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

Judgment Rendered: **AUG** 2 9 **2019**

* * * * * * *

APPEALED FROM THE 23RD JUDICIAL DISTRICT COURT
ASSUMPTION PARISH, LOUISIANA
DOCKET NUMBER 34,202

HONORABLE THOMAS J. KLIEBERT JR., JUDGE

* * * * * * *

Leopold Z. Sher
James M. Garner
Peter L. Hilbert Jr.
Jeffrey D. Kessler
David A. Freedman
New Orleans, Louisiana
and
Robert Ryland Percy III
Gonzales, Louisiana
and
Travis J. Turner
Gonzales, Louisiana
and
James E. Kuhn
Ponchatoula, Louisiana

Attorneys for Third Party Plaintiff/Appellant,
Texas Brine Company, LLC

Roy C. Cheatwood
Kent A. Lambert
Adam B. Zuckerman
Paul C. Thibodeaux
Colleen C. Jarrott
Matthew S. Chester
Matthew C. Juneau
New Orleans, Louisiana
and
Tony M. Clayton
Port Allen, Louisiana

Attorneys for Third Party Defendant/Appellee,
Vulcan Materials Company

BEFORE: McDONALD, THERIOT, and LANIER, JJ.

**McDONALD, J.**

Texas Brine Company, LLC, appeals an August 24, 2017 judgment granting a declinatory exception of lis pendens filed by Vulcan Materials Company, LLC. The judgment dismissed "any and all claims, demands, and/or allegations asserted by [Texas Brine] against [Vulcan] ... **WITHOUT PREJUDICE**, in favor of the first-filed set of claims and demands in related case[,]" without declaring which of the multiple sinkhole cases was the first-filed suit.

While its appeal was pending, Texas Brine filed an exception of lack of appellate jurisdiction to dismiss its own appeal based on recent precedent on this same issue. *See Pontchartrain Natural Gas System, et al. v. Texas Brine Company, LLC,* 18-0419 (La. App. 1 Cir. 6/26/19), ___ So.3d ___, 2019 WL 2609034, *writ denied, stay denied,* 19-01125 (La. 7/17/19), ___ So.3d ___, 2019 WL 3491637; and *Pontchartrain Natural Gas System, et al. v. Texas Brine Company, LLC,* 18-0435 (La. App. 1 Cir. 6/26/19), ___ So.3d ___, 2019 WL 2609142. For the same reasons as those in the *Pontchartrain* cases, this court is unable to determine the exact relief granted or denied by the August 24, 2017 judgment, which renders it indefinite and not a final, appealable judgment. In the absence of a valid final judgment, this court lacks subject matter jurisdiction. *Advanced Leveling & Concrete Solutions v. Lathan Company, Inc.,* 17-1250 (La. App. 1 Cir. 12/20/18), 268 So.3d 1044, 1047 (en banc). Therefore, we grant Texas Brine's exception in part, dismissing this appeal. We deny, however, Texas Brine's additional request that we await a final determination of the entire underlying suit before assessing costs.

We issue this summary opinion in accordance with Uniform Rules - Courts of Appeal, Rule 2-16.2A(1), granting Texas Brine's exception in part and dismissing this appeal for lack of subject matter jurisdiction. Because we dismiss the appeal for lack of jurisdiction, we pretermit ruling on all pending motions in this appeal. We assess all costs of this appeal to Texas Brine Company, LLC.

**EXCEPTION GRANTED IN PART; RULINGS ON ALL PENDING MOTIONS PRETERMITTED; APPEAL DISMISSED.**

2